UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BERGERON,<br><br>                    Plaintiff,<br><br>     v.<br><br>GRINDR INC.,<br><br>                    Defendant. | 20-CV-00875 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

      Please take notice that the above captioned action has been scheduled for oral argument on the pending Motion To Compel or in the alternative Motion To Dismiss before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday March 23, 2021 at 10:00am.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign(#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any prose cases shall mail a copy of this Notice to or otherwise inform the prose party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: March 11, 2021
      White Plains, New York

                                                                        SO ORDERED.

                                                                        KENNETH M. KARAS
                                                                       United States District Judge