UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BERGERON,

                Plaintiff,

      v.

GRINDR INC.,

                Defendant.

20-CV-00875 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the Oral Argument on March 23, 2021, the Court granted Defendant's Motion To Compel Arbitration. The Defendant's Motion To Dismiss is denied without prejudice as moot. The Clerk of Court is respectfully requested to terminate the pending Motions. (Dkt. No. 10.)

    SO ORDERED.

Dated:   March 29, 2021
            White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge