Sheehan & Associates, P.C.    60 Cuttermill Rd Ste 409
Great Neck NY 11021

Spencer Sheehan            T (516) 268-7080
spencer@spencersheehan.com  F (516) 234-7800

**MEMO ENDORSED**

September 9, 2022

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

Re:  7:20-cv-00875-KMK
Bergeron v. Grindr, Inc

Dear District Judge Karas:

This office represents the Plaintiff, Defendant's counsel was emailed in relation to this letter, however no response has been received so far. Pursuant to your Honor's Clerk requesting an update, Plaintiff submits this letter.

Arbitration is ongoing under the direction of American Arbitration Association's arbitrator Ernest Edward Badway. The parties are in the process of submitting briefs to the arbitrator for a documents-only arbitration.

Respectfully submitted,

/s/Spencer Sheehan

The case is stayed pending the results of the arbitration. The
Parties are to immediately notify the Court after the arbitrator's
decision.

So Ordered
10/5/22