Sheehan & Associates, P.C.

Spencer Sheehan
spencer@spencersheehan.com

60 Cuttermill Rd Ste 409
Great Neck NY 11021

T (516) 268-7080
F (516) 234-7800

October 21, 2022

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   7:20-cv-00875-KMK
      Bergeron v. Grindr, Inc.

Dear District Judge Karas:

      This office represents the Plaintiff. Regrettably Plaintiff filed a notice of voluntary dismissal without notifying the Court to lift the stay in this case. The parties have agreed that Plaintiff will file a voluntary dismissal with prejudice and that will conclude the arbitration. Plaintiff respectfully asks this Court to lift the stay and accept Plaintiff's notice of voluntary dismissal. Thank you.

Granted.  The Clerk is to close this case.

So Ordered.

10/21/22

Respectfully submitted,

  /s/Spencer Sheehan

2

Certificate of Service

I certify that on October 21, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan